**No. 39682.**—Petition 5527–R of Universal Foreign Service Co. for U. Okubo (Los Angeles).

Opinion by DALLINGER, J. It was found that Rule 29 of this court was not complied with by the petition, the typewritten signature raising certain questions. The petition was therefore dismissed.